RECEIVED

MAR 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03.10.08

E-filing

FILED

MAR 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL R. WILLIAMS

JAIL # 2285306

DORM D CELL 04

850 BRYANT ST 7TH FL.

SAN FRANCISCO, CA

94103-4666

CO7-2922 PJH

CO7-4916 PJH

CO8-713 PJH

CLERK

UNITED STATES DISTRICT

COURTHOUSE

450 GOLDEN GATE AVE

SAN FRANCISCO, CA

94102

RE: CHANGE OF ADDRESS

TO THE CLERK,

      I REALIZE THAT CHANGES OF ADDRESS SHOULD
BE DONE IN INK; HOWEVER, I DO NOT HAVE ACCESS TO A
PEN, AT PRESENT.

I AM THE DANIEL RAYFEL WILLIAMS NAMED AS THE
PETITIONER IN THE FOLLOWING CASES:

1.

WILLIAMS V. HENNESSY

WILLIAMS V. CALIFORNIA DEPT. OF MENTAL HEALTH

WILLIAMS V. CALIFORNIA DEPT. OF MENTAL HEALTH

UNFORTUNATELY, ALL OF MY LEGAL PAPERWORK WAS TAKEN FROM ME UPON MY RETURN FROM NAPA STATE HOSPITAL; THEREFORE, I AM UNABLE TO PROVIDE CASE NUMBERS.

I WOULD ASK THAT THE CASES FILED AGAINST THE CALI-FORNIA DEPARTMENT OF MENTAL HEALTH REMAIN IN-TACT AND, IN PLACE, AS IT IS POSSIBLE THAT I MAY BE RETURNED TO NAPA STATE HOSPITAL (2100 NAPA VALLEJO HWY • NAPA, CALIFORNIA • 94558 - 6293), PUR-SUANT TO CALIFORNIA PENAL CODE 1372 (d) OR, FOR SOME, OTHER, REASON.

THANK YOU FOR YOUR ATTENTION TO THIS MATTER.


YOURS TRULY,

2.

DANIEL R. WILLIAMS
JAIL # 22855306
DORM D CELL 16
COUNTY JAIL #2
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103 - 2000

LEGAL
MAIL

CLERK
UNITED STATES DISTRICT
COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102



**Hasler**

016H26514101
$00.41°
Mailed From 94103
US POSTAGE