UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

        Plaintiff,

  vs.

MICHEL HENNESSEY, Sheriff, San Francisco County, California,

        Defendant.
                                          /

No. C 07-2922 PJH (PR)

**ORDER EXTENDING TIME**

This is a civil rights case filed by a prisoner at the San Francisco County Jail. Plaintiff applied for leave to proceed in forma pauperis ("IFP"), but his application was deficient in that he had omitted page five of the form, the "Certificate of Funds in Inmate Account," and had not provided a printout of transactions in his account for the six months prior to filing, as required by 28 U.S.C. § 1915(a)(2).

In response he has filed with this court the original of a "Prisoner Action Request Form," which appears to be the form on which jail prisoners can make requests for assistance. On it he said "I need somebody to enter my account balance for the last 6 months on a form for a federal habeas [sic] filing and then sign and date it." In response a staff member has written: "Balance given[;] [printer broken at this time." Next to this reply is written in different ink ".05¢." Plaintiff provides no explanation.

The filing is insufficient to cure the deficiency. Plaintiff has not provided page five of the application, the certificate of funds, signed by an authorized officer of the institution, and he has not complied with the requirement that he provide a list of transactions in his account. That the printer was broken might explain the latter failing, but not the former, and

the response provided – the ".05¢" written on the inmate request form -- does not provide the information required by the "Certificate of Funds in Inmate Account" page, which requests the average of deposits to the account as well as the average balance.   And the five cents listed appears to be a current balance, rather than an average over the six months prior to filing.  In any event, presumably the printer is fixed by now, so plaintiff can supply the printout, and with the explanation in this order he should be able to get  page five of the form properly completed.

The court has had many cases filed by prisoners at the San Francisco County Jail in which the correct IFP materials were supplied.  It should not be impossible for plaintiff to do so.

The time for plaintiff to file a proper and complete IFP application is **EXTENDED** to May 5, 2008.  If he does not do so, this case will be dismissed.

**IT IS SO ORDERED.**

Dated:  April 7 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\WILLIAMS2922.IFP-EXTwpd.wpd

2