**FILED RECEIVED**

APR 18 2008    APR 18 2008        4.17.08

RICHARD W. WIEKING    RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT    CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA    NORTHERN DISTRICT OF CALIFORNIA

DANIEL R. WILLIAMS        **E-filing**
JAIL # 2255366
DORM D CELL 04
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103-4646

U.S. DISTRICT COURT
OFFICE OF THE CLERK
ATTN: CLERK
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

RE: CASE # C07-2922 (PJH)

TO THE CLERK,

    IN AN EFFORT TO CURE THE DEFICIENCIES IN THIS,

ABOVE ELITERATED, COMPLAINT, I AM REQUESTING THAT A U.S.C. 1983 COMPLAINT PACKET BE SENT TO ME AT THE ADDRESS PROVIDED.

ADDITIONALLY AND, ALTHOUGH THIS IS NOT A SERVICE USUALLY PROVIDED BY THE CLERK'S OFFICE, I, RESPECTFULLY, ASK THAT THE ENCLOSURE ENTITLED "PRISONER ACTION REQUEST" BE FORWARDED TO THE HONORABLE PHYLLIS J. HAMILTON; I MAILED BOTH THE HONORABLE AND, THIS OFFICE AT THE SAME TIME AND, BOTH UN- FORTUNATELY AND, MISTAKENLY, SEALED THE HONORABLE'S EN- VELOPE BEFORE I COULD DEPOSIT THE ENCLOSURE, THEREIN; I INTENDED TO MAIL THE ENCLOSURE

2

TO SHOW MY DILLEGENCE IN ATTEMPTING TO COMPLY WITH THE COURT'S ORDER IN THIS MATTER.

IF IT IS NOT POSSIBLE FOR THE CLERK TO FORWARD THE ENCLOSURE TO THE HONORABLE, I WOULD RESPECTFULLY ASK THAT THIS ENCLOSURE BE ADDED TO THE FILE; THIS WAY, THE COURT WILL BE ASSURED OF MY HONESTY AND, WILL, HOPEFULLY, OVERLOOK MY "ABSENT-MINDEDNESS."

I THANK THE CLERK'S OFFICE, IN ADVANCE, FOR IT'S ANTICIPATED ASSISTANCE IN THIS MATTER.

3.

I, FURTHER, WISH TO THANK THE CLERK'S OFFICE FOR ALL OF THE ASSISTANCE PROVIDED IN THIS, DIFFICULT, MATTER.

Yours truly,

[signature]

4

Case 3:07-cv-02922-PJH   Document 8   Filed 04/18/2008   Page 4 of 6



San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco
**PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA**

**Instructions:** If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.

**Instrucciones:** Si necesita algo que le puedan conceder los empleados de la carcel, por favor llene esta forma y entregela al carcelero. Quedarse con la copia rosa.

**Name:** DANIEL WILLIAMS    **Today's Date:** 04/15-08    **Date of Arrest:** 01.27.06
Nombre:    Fecha de hoy:    Fecha de arresto:

**Location:** 2    **Cell #:** D-4    **Wristband #:** AY85760    **Sentenced?** ☐ Yes / Si  ☒ No / No
Localidad:   Jail #   # de carcel   # de celda   # de pulcera:   ¿Sentenciado?

**Subject (check one): / Classe de Asunto (Indique uno):**

☐ Legal Assistance / Asistencia legal
☐ Mail Problem / Problema de correo
☐ Medical Problem / Problema de medico
☒ Money Problem / Problema de dinero
☐ Other / Otra clase de problema

**Commissary Problem: / Problema de comisario:**

☒ Balance Incorrect / El balance es incorrecto
☐ Credit not received / No ha recibido credito
☐ Order Incorrect / La orden esta incorrecta
☐ Other / Otra Cosa

**Describe Request / Escriba su peticion:** I NEED AN ELECTRONIC PRINT-OUT OF MY ACCOUNT FROM THE DATE OF MY ARREST TO PRESENT DAY. THIS PRINT-OUT IS TO BE USED TO SHOW THE COURT THAT I'M BROKE.

**Response by Staff / Respuesta de empleado:** _____

**Staff Signature / Firma de empleado:** _____ **Date/Fecha:** _____

White/Blanca: Front Office/Oficina   Yellow/Amarilla: Front Office Response/Repuesta de Oficina   Pink/Rosa: Prisoner/Presidiario
SFSD PAR F-06 Revised 04/2005

