**FILED**

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

04.17.08

DANIEL R. WILLIAMS    E-filing
JAIL # 2285306
DORM D CELL 04
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103


THE HONORABLE
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
         PJH

RE: CASE # C07-2922 • CASE # C07-4196 • RECENT ORDERS


YOUR HONOR,

1.    I RECIEVED MY COPY OF YOUR ORDERS LATE LAST WEEK.

I DO, FULLY, INTEND TO COMPLY WITH THESE ORDERS BUT, RESPECT-FULLY, PRAY FOR MORE TIME TO GET INTO COMPLIANCE WITH THEM AND, CURE THE DEFICIENCIES IN THE AFORE-LLITERATED COMPLAINT.

THE MOST PREVELANT REASONS FOR THIS HUMBLE REQUEST ARE THAT, NOT ONLY DO I NEED REQUEST FORMS FROM THE CLERK OF THIS COURT BUT, THE MAIL IS SOME-TIMES, MARKEDLY, SLOW IN REA-CHING ME.

THE CLERK'S OFFICE, PER MY MOST RECENT REQUEST, SENT ME AN EXTRA COPY OF THE "1983" PA-CKET; HOWEVER, THAT EXTRA COPY, ALONG WITH ALL OF MY, PERSONAL, LEGAL, RESEARCH AND, OTHER MIS-

2.

CELLANEOUS DOCUMENTATION WAS CONFISCATED BY THE SHERIFF'S DEPARTMENT WHEN I RE-ENTERED THE SAN FRANCISCO COUNTY JAIL (WHERE I AM CURRENTLY HOUSED), UPON MY RETURN FROM NAPA STATE HOSPITAL.

IT COULD, NECCESARILY, TAKE TWO WEEKS FOR ME TO HEAR BACK FROM THE CLERK.

I WILL BE USING THE COMPLAINT FORM TO, PARTIALLY, REMEDY THE DEFICIENCY IN CASE # C07-4196 AND, THE IFP FORM TO REMEDY THE DEFICIENCY IN CASE # C07-2922.

3. I HAVE ENCLOSED A CARBON COPY OF A REQUEST FOR DOCUMENTATION

REQUESTED BY THE COURT TO SHOW THAT I AM, AT LEAST, BEGINNING THE PROCESS ON MY END.

I HAVE USED THE SECOND OF TWO ENVELOPES THAT I, USUALLY, RECIEVE EVERY WEEK (DUE TO MY INDIGENT STATUS) TO CONTACT THE CLERK OF THIS COURT; THAT LETTER WAS SENT THE SAME TIME AS THE INSTANT LETTER; THEREFORE, THE COURT SHOULD BE ABLE TO, INDEPENDENTLY, VERIFY THAT I AM DOING MY BEST TO COMPLY WITH THE COURT'S ORDERS.

SHOULD THE COURT DECIDE TO DISMISS MY COMPLAINTS, I, RESPECTFULLY, PRAY, THAT THE COURT DO SO WITHOUT PREJUDICE; THE REASON FOR THIS, IS THAT I HAVE

4.

CONTACTED THE U.S. DEPART-
MENT OF JUSTICE'S OFFICE FOR
CIVIL RIGHTS (950 PENNSYLVANIA
AVE NW. WASHINGTON. D.C.
20530) REGARDING THE VERY
SAME ISSUES PRESENTED IN MY
COMPLAINTS; I AM AFFILIATED
WITH THE U.S.D.O.J. THROUGH
MY PUBLISHED U.S. 9TH CIR.
CORT (I AM THE DANIEL R.
WILLIAMS IN USA V. DANIEL
R. WILLIAMS [656 F 3D 1045]);
PRECEDENT; I WISH TO PRESERVE
MY RIGHT TO RE-LITIGATE THE
ISSUES PRESENTED, IN MY COM-
PLAINTS SO, THAT, IF NECCESARY,
THE U.S.D.O.J. MAY ASSIST
ME WITH ANY NECCESARY AND/
OR, RESULTING LITIGATION.

5. IF IT HELPS TO VERIFY MY STATUS

MY FEDERAL "REG. NO." WAS 65165-065; FURTHERMORE, THE COURT HAS MY PERSONAL, INVITATION TO CONTACT U.S. PARDON ATTORNEY, ROGER C. ADAMS AT 202-616-6070.

AT THIS TIME AND, IN CLOSING, I WISH TO THANK THE COURT PATIENCE AND, CONSIDERATION IT HAS ALREADY SHOWN ME AND, FOR ALL OF IT'S ASSISTANCE IN THIS, DIFFICULT, MATTER.


YOURS TRULY,


5-

DANIEL R. WILLIAMS
JAIL # 2085396
DORM D CELL 04   SAN FRANCISCO CA 941
855 BRYANT ST 7TH FL.
SAN FRANCISCO, CA 94103  MAR 2008 PM 8

USA 41

THE HONORABLE
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102

LEGAL
MAIL