

E-filing

THE JAIL; I WOULD ALSO NEED TO NEGOTIATE POSTAGE.

AT PRESENT, I HAVE JUST BEEN APPOINTED NEW COUNSEL FROM THIS COURT (MEANING THE COURT THAT HAS CRIMINAL CASES PENDING AGAINST ME) AND HAVE AN IMMEDIATE MATTER PENDING IN ANOTHER CASE, ALL OF WHICH I NEED TO DO MAILINGS FOR.

SHOULD THE COURT BE UNWILLING TO OR, UNABLE TO GRANT ANY MORE TIME, AND, THEREFORE, TAKE THE POSITION OF DISMISS- ING, I RESPECTFULLY PRAY, THAT THE COURT DO SO WITH- OUT PREJUDICE; THE REASON FOR THIS IS THAT I HAVE

2.

ALSO WRITTEN TO THE U.S. DEPARTMENT OF JUSTICE'S OFFICE FOR CIVIL RIGHTS (950 PENNSYLVANIA AVE. WASHINGTON, DC, 20530) REGARDING THE SAME ISSUES PRESENTED IN MY ORIGINAL COMPLAINTS; I AM AFFILIATED WITH THE U.S. DEPARTMENT OF JUSTICE, THROUGH MY PUBLISHED, U.S. 9TH CIRCUIT COURT OF APPEALS PRECEDENT, USA V. DANIEL R. WILLIAMS (356 F. 3D 1045); THE U.S.D.O.J. MIGHT DECIDE TO FILE SUIT BASED UPON MY COMPLAINTS AND, I PRAY, RESPECTFULLY, FOR THE RIGHT TO REFILE THESE ISSUES BEFORE THIS, OR, ANOTHER COURT.

4.

AT THIS TIME, I WISH TO THANK
THE COURT FOR IT'S PATIENCE
AND CONSIDERATION IN THIS
DIFFICULT MATTER AND FOR
ALL OF THE ASSISTANCE THIS
COURT HAS RENDERED.

RESPECTFULLY SUBMITTED,

YOURS TRULY,

[signature]

5.