RE: CASE #07-2922 PJH

**San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco**
**PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA**

ATTN: NICK • PRISONER'S LEGAL SERVICE

RECEIVED
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**Instructions:** If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.
**Instrucciones:** Si necesita algo que le puedan conceder los empleados de la cárcel, por favor llene esta forma y entregela a su guardia. Quedarse con la copia rosa.

Name / Nombre: DANIEL WILLIAMS
Today's Date / Fecha de hoy: 04.29.08
Date of Arrest / Fecha de arresto: 09.29.06

Location / Localidad: 2    Jail #
Cell #: D-4
Wristband # / # de pulcera: 2285306
Sentenced? / ¿Sentenciado? ☒ No

Subject (check one): / Classe de Asunto (Indique uno):    NO RESPONSE
☒ Legal Assistance / Asistencia legal
☐ Mail Problem / Problema de correo
☐ Medical Problem / Problema de medico
☐ Money Problem / Problema de dinero
☐ Other / Otra clase de problema

Commissary Problem: / Problema de comisario:
☐ Balance Incorrect
☐ Credit not received
☐ Order Incorrect
☐ Other

Describe Request / Escriba su peticion: I NEED A PRINT-OUT OF MY FINANCIAL TRANSACTIONS FROM THE DATE OF MY ARREST TO PRESENT DAY. THIS INFORMATION IS FOR A COURT FILING. CAN YOU HELP?

Response by Staff / Respuesta de empleado:

Staff Signature / Firma de empleado:          Date/Fecha:

White/Blanca: Front Office/Oficina   Yellow/Amarilla: Front Office Response/Repuesta de Oficina   Pink/Rosa: Prisoner/Presidiario
SFSD PAR F-06  Revised 04/2005

DANIEL D. W
JAIL # 2285...
DORM D ...
850 BRYAN...
SAN FRA...
CA 94103

# San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco
## PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA

ATTN: NICK · PRISONER'S LEGAL SERVICE

**Instructions:** If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.

**Instrucciones:** Si necesita algo que le puedan conceder los empleados de la carcel, por favor llene esta forma y entregela al carcelero. Quedarse con la copia rosa.

Name / Nombre: DANIEL WILLIAMS
Today's Date / Fecha de hoy: 05.06.08
Date of Arrest / Fecha de arresto: 09.29.06

Location / Localidad: 2  D-4
Jail # / # de carcel   Cell # / # de celda
Wristband # / # de pulcera: 2285306
Sentenced? / ¿Sentenciado? ☐ Yes/Si  ☒ No/No

NO RESPONSE

**Subject (check one): / Classe de Asunto (Indique uno):**
☒ Legal Assistance / Asistencia legal
☐ Mail Problem / Problema de correo
☐ Medical Problem / Problema de medico
☐ Money Problem / Problema de dinero
☐ Other / Otra clase de problema

**Commissary Problem: / Problema de comisario:**
☐ Balance Incorrect / El balance es incorrecto
☐ Credit not received / No ha recibido credito
☐ Order Incorrect / La orden esta incorrecta
☐ Other / Otra Cosa

**Describe Request / Escriba su peticion:** I HAVE AN ORDER FROM THE U.S. DISTRICT THAT SAYS I HAVE TO GET A FORM FILLED OUT. I HAVE THE FORM BUT NEED SOMEONE FROM THE SHERIFF'S DEPT. TO FILL IT OUT AND SIGN IT. CAN YOU HELP? IT IS A VERY SIMPLE FORM!

**Response by Staff / Respuesta de empleado:**

Staff Signature / Firma de empleado: _____
Date/Fecha: _____

White/Blanca: Front Office/Oficina    Yellow/Amarilla: Front Office Response/Repuesta de Oficina    Pink/Rosa: Prisoner/Presidiario

SFSD PAR F-06 Revised 04/2005

DANIEL P. WILLIAMS
JAIL # 2085306
DORM D CELL C4
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103-4...

RECEIVED
2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

POSTAGE DUE

THE HONORABLE
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT
450 GOLDEN GATE AV
SAN FRANCISCO, CA
94102

RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY - 2008

OPENED BY ADRESEE ONLY!