# San Francisco County Jail Facility
## Prisoner Grievance Form

| Type of Grievance (Place an X in the corresponding category) | | Date / Time: |
|---|---|---|
| ___ Classification | ___ Jail Medical Services | Facility: |
| ___ Psych Services | ___ Food Services | Deputy / Star# |
| ___ Telephone | X Other | Code |
| | | Log Number |

*RECEIVED MAY 15 2008, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

E-filing

| Prisoner's Name: | Jail # | Cell # |
|---|---|---|

**Grievance:** (Please be specific: time, date, etc.)

I ASKED [illegible] BE [illegible] A PRINTOUT OF MY ACCOUNT BALANCE. I WAS IN RESPONSE, TOLD TO GET A [illegible] MY BANK. THE PROBLEM IS, THE BANK DOESN'T KNOW HOW MUCH MONEY IS [illegible] MY BOOKS, HOWEVER, THE U.S. DISTRICT COURT WOULD LIKE TO. IN FACT I HAVE A FEDERAL JUDGE WHO IS INSISTING UPON IT! THIS SAME JUDGE WOULD ALSO LIKE A "CERTIFICATE OF FUNDS" SIGNED AND [illegible].

**Prisoner's Signature**

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

RE: CASE # C-07-2922 PJH (PR)
WILLIAMS v. HENNESSY          ) NO RESPONSE

| Signature: | Date: | |
|---|---|---|
| Prisoner's Signature: | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Supervisor's response:**

| Signature: | Date: | |
|---|---|---|
| Prisoner's Signature: | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Facility Commander response:**

| Signature: | Date: | ☐ Upheld Grievance Response |
|---|---|---|

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# City and County of San Francisco

**OFFICE OF THE SHERIFF - PRISONER LEGAL SERVICES**



**Michael Hennessey**
Sheriff

415-558-2472

## REQUEST FOR NOTARY SERVICES

RE: CASE #C07-2922 PJH (PR) WILLIAMS

**NAME:** _____  V

**JAIL NUMBER:** _____  HENNESSY

**LOCATION:** _____

**DOCUMENT YOU NEED NOTARIZED (CHECK ONE):**

| | |
|---|---|
| Power of Attorney for childcare | |
| Power of Attorney for financial affairs | |
| Other | |

*[Handwritten note:] HAVE SOMEONE CALL YOUR BANK OR CREDIT COMPANY. YOU MAY NEED THIS FORM AS WELL. PLS*

IF YOU CHECKED "OTHER" ABOVE, PLEASE DESCRIBE THE DOCUMENT YOU NEED NOTARIZED IN THE SPACE BELOW:

_____
_____
_____

Please note that the Sheriff's Department provides notary services only to prisoners that meet specific criteria and reserves the right to deny any request. Please also note that should you have the Sheriff's Department notarize a power of attorney for your financial affairs, the form will be *expressly limited to exclude the right to cash any/all government benefit checks, including benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service.*

In submitting this request you certify that you are in fact the person named above and that you do not intend to use documents notarized by an employee of the Sheriff's Department for fraudulent purposes.

**Date:** _____   **Signature:** _____

555 Seventh Street, Second Floor          *Recycled Paper*          San Francisco, CA 94103



POSTAGE DUE

THE HONORABLE
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA
     94102

DANIEL R. WILLIAMS
JAIL # 2285306
DORM D CELL 04
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103-4610

LEGAL
MAIL

OPENED BY ADRESSEE, ONLY! FEDERAL OFFICE!