UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

        Plaintiff,

vs.

MICHEL HENNESSEY, Sheriff, San Francisco County, California,

        Defendant.

No. C 07-2922 PJH (PR)

**ORDER EXTENDING TIME**

This is a civil rights case filed by a prisoner at the San Francisco County Jail. Plaintiff applied for leave to proceed in forma pauperis ("IFP"), but his application was deficient in that he had omitted page five of the form, the "Certificate of Funds in Inmate Account," and did not provide a printout of transactions in his account for the six months prior to filing, as required by 28 U.S.C. § 1915(a)(2). In response to the dismissal, plaintiff filed a jail prisoner request form. The court entered an order saying that the information provided on the prisoner request form was insufficient to cure the defects of the IFP application and giving plaintiff additional time to cure them.

In two letters to the court plaintiff asks for more time. The letter docketed as document number ten on April 28, 2008, is treated as a motion for an extension of time and is **GRANTED**. Petitioner shall cure the IFP deficiencies by June 23, 2008. No further extensions will be granted except under the most compelling circumstances. If the deficiencies are not cured within the time allowed this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 22, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\WILLIAMS2922.IFP-EXT2.wpd