UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

        Plaintiff,

  vs.

MICHEL HENNESSEY, Sheriff, San Francisco County, California,

        Defendant.

                                /

No. C 07-2922 PJH (PR)

**ORDER DENYING IN FORMA PAUPERIS STATUS AND DISMISSING CASE**

This pro se civil rights action. At the time the complaint was filed, the clerk sent plaintiff a notice that his in forma pauperis ("IFP") application was deficient because he had omitted page five of the form, the "Certificate of Funds in Inmate Account," and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

In response he filed another application to proceed IFP that had the same deficiencies as the original application, and later, several "Prisoner Action Request Form[s]." The court, noting that these did not remedy the deficiencies, extended the time for him to do so to Mary 5, 2008. Plaintiff has filed nothing since.

Because plaintiff has not filed a complete IFP application, and because he has not complied with the court's orders to do so, leave to proceed in forma pauperis (documents number 2 and 5 on the docket) is **DENIED** and this case is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2008.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.07\WILLIAMS2922.DIS-IFP.wpd