UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYFEL WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL HENNESSEY et al,<br><br>        Defendant. | Case Number: CV07-02922 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rayfel Williams 2285306
Doorm M Cell 12
850 Bryant Street
6th Floor
San Francisco, CA 94103-4666

Dated: August 29, 2008

                                              Richard W. Wieking, Clerk
                                              By: Nichole Heuerman, Deputy Clerk