UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

           Plaintiff,

   v.

MICHAEL HENNESSEY et al,

           Defendant.

_____/

Case Number: CV07-02922 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rayfel Williams 2285306
Doorm M Cell 12
850 Bryant Street
6th Floor
San Francisco, CA 94103-4666

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk